UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EQUITY BRANDS LLC, et al.,<br><br>　　　　　Defendants. | 24 Civ. 2373 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On July 16, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for July 23, 2024.  *See* ECF No. 35.

The parties disagreed over the timing of the referral to the District's Mediation Program. The parties are apprised that they may file a joint status letter at any time seeking a referral to the District's Mediation Program.  The parties are also **ORDERED** to file a joint status letter indicating whether they wish to be referred for mediation, by the close of fact discovery on **June 25, 2025**.

No other significant issues are presented in the parties' materials.  It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan will issue separately.

SO ORDERED.

Dated: July 17, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge